### THE LAKE WILSON.

(Circuit Court of Appeals, Second Circuit. May 5, 1924.)

#### No. 336.

Appeal from the District Court of the United States for the Southern District of New York.

Libel by Gerald L. Hoyt and others, doing business under the firm name of Maitland, Coppell & Co., libelants appellees, against the steamship Lake Wilson, her engines, etc., respondent appellee, the Panama Railroad Company, claimant appellant, and six other cases. Decree (300 Fed. 809) affirmed.

Carter, Ledyard & Milburn, of New York City (J. M. Richardson Lyeth and Rush Taggart, Jr., both of New York City, of counsel), for libelants appellees, Hoyt and others and Tattersfield Co.

Richard Reid Rogers, of New York City, for claimant.

Bigham, Englar & Jones, of New York City (Oscar R. Houston and Henry T. Hale, both of New York City, of counsel), for appellees Crimmins & Peirce Co., G. Amsinck & Co., Mauger & Avery, and Pablo Calvet Co.

Before ROGERS, MANTON, and MAYER, Circuit Judges.

PER CURIAM. Decree affirmed.